GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: PETER ARONOFF
Assistant U.S. Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2697
Fax: (212) 637-2717
Email: peter.aronoff@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSEN LLC,<br><br>                                  Plaintiff,<br><br>– versus –<br><br>UNITED STATES DEPARTMENT<br>OF STATE,<br><br>                                  Defendant. | No. 18 Civ. 6070 (JSR) |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion for Summary Judgment, as well as the Declaration of Eric F. Stein, defendant, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby moves this Court for an order pursuant to Federal Rule of Civil Procedure 56(a) entering summary judgment in favor of defendant.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's current scheduling order dated September 28, 2018, opposition papers, if any, must be served upon the United States Attorney's Office, Southern District of New York, 86 Chambers Street, 3rd Floor, New York, New York, 10007, no later than November 20, 2018.

Dated:    November 9, 2018                    Respectfully submitted,
          New York, New York

                                              GEOFFREY S. BERMAN
                                              United States Attorney

                                    By:       */s/ Peter Aronoff*
                                              PETER ARONOFF
                                              Assistant United States Attorney
                                              86 Chambers Street, Third Floor
                                              New York, New York 10007
                                              Tel.: (212) 637-2697
                                              Fax: (212) 637-2686
                                              peter.aronoff@usdoj.gov


To:    Michael Radine, William Friedman, counsel for plaintiff (by ECF)