UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
OSEN LLC,　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　Case No. 18-cv-6070-JSR
　　　　　　　　　　　　Plaintiff,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　-against-　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
UNITED STATES DEPARTMENT OF STATE,　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendant.　　　　　　　:
-------------------------------------------------------------x

## NOTICE OF CROSS-MOTION

　　　PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiff's Cross-Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment, the Declaration of Michael J. Radine and accompanying exhibits, and all prior pleadings, Plaintiff, by and through its undersigned attorneys, will cross-move in this Court before the Honorable Jed S. Rakoff for an Order pursuant to Rule 56(a) of the Federal Rules of Civil Procedure granting Plaintiff's cross-motion for summary judgment.

　　　PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's scheduling order dated September 28, 2018, opposition papers, if any, must be served upon Plaintiff Osen LLC no later than December 3, 2018. Oral argument is scheduled for December 17, 2018, at 4:00 pm.

Dated: November 20, 2018
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　By: /s/ Michael J. Radine
　　　　　　　　　　　　　　　　　　　　　　　Michael J. Radine
　　　　　　　　　　　　　　　　　　　　　　　William A. Friedman
　　　　　　　　　　　　　　　　　　　　　　　OSEN LLC
　　　　　　　　　　　　　　　　　　　　　　　1441 Broadway, Suite 6022
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　　　　　　　　　Tel.: 212.354.0111

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*